IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN DAVID COE, ADC # 652804                                                            PLAINTIFF

v.                                      1:15CV00037-JLH-JJV

DAVID WHITE, Warden,
North Central Unit, ADC; *et al.*                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Rick Gillespie's Motion for Summary Judgment is GRANTED. Document #20.

2. Defendant Rick Gillespie is DISMISSED without prejudice.

3. Plaintiff's Motion to Object to the Exclusion of Defendant Patrick McCown is DENIED as moot. Document #28.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

SO ORDERED this 28th day of May, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE