IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN DAVID COE, ADC # 652804                                                                 PLAINTIFF

v.                               No. 1:15CV00037-JLH-JJV

DAVID WHITE, Warden,
North Central Unit, ADC; *et al.*                                                             DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Rick Gillespie's Motion for Summary Judgment (Doc. No. 20) is GRANTED.

2. Plaintiff's Religious Land Use and Institutionalized Persons Act and free exercise claims against Defendant Rick Gillespie are DISMISSED with prejudice.

3. All other claims in Plaintiff's Amended Complaint (Doc. No. 32) are DISMISSED without prejudice.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 20th day of July, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE