**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

JOHN DAVID COE, ADC # 652804                                                                       PLAINTIFF

v.                                           No. 1:15CV00037-JLH-JJV

DAVID WHITE, Warden,
North Central Unit, ADC; *et al.*                                                                  DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ORDERED this 20th day of July, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE